UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY VENEMA,

      Plaintiff,                Case No. 1:23-cv-316

v.                                  Hon. Robert J. Jonker

KIMBERLY BODE, et al,

      Defendants.
_____/

**ORDER STAYING CASE**

Following discussion with counsel this date, the case is **STAYED** pending the outcome of a settlement conference to be scheduled.

      **IT IS SO ORDERED.**

Dated:  September 14, 2023        /s/ Ray Kent_____
                                     RAY KENT
                                     United States Magistrate Judge